**[J-115-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 777 CAP
:
Appellee :
:
:
v. :
:
:
CHARLES RAY HICKS, :
:
Appellant :

**ORDER**

**PER CURIAM**

**AND NOW**, this 24th day of December, 2019, the Notice of Appeal is QUASHED. The collateral order doctrine requires the order to be separable from the main cause of action and involve a right that is too important to be denied review and will be irreparably lost if review is postponed until final judgment. *See* Pa.R.A.P. 313. Appellant has advanced no claim that the PCRA court's discovery order violates a privilege held by him, and no privilege enjoyed by Appellant appears to be implicated in relation to the PCRA court's May 7, 2019 order. *Compare Commonwealth v. Williams*, 86 A.3d 771 (Pa. 2014) (allowing a Commonwealth appeal of a PCRA discovery order that purportedly infringed on the work-product doctrine).

Accordingly, this appeal is not properly before this Court. *See Commonwealth v. Saunders*, 394 A.2d 522, 524 n.2 (Pa. 1978) (stating that an issue involving this Court's jurisdiction may be raised *sua sponte*).